

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2018

No. 04-17-00628-CV

**IN RE** Andrew W. **MCADOO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Sandee Bryan Marion, Chief Justice
     Karen Angelini, Justice
     Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice[2]
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice[2]

On June 29, 2018, relator filed a Motion for En Banc Reconsideration. The court requests a response from the real parties in interest. *See* TEX. R. APP. P. 49.2; 52.9. Any response must be filed in this court **no later than August 14, 2018**.

It is so **ORDERED** on July 30, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CVT-002862-D3, styled *KLH and OJH, Individually and as Next Friend of JPH v. Dr. Andrew McAdoo*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.

[2] Justice Martinez and Justice Rios dissent to the request for a response.